

Law Offices Of
## Willard Proctor, Jr., P.A.

Willard Proctor, Jr.                                                    2500 South State Street
E Mail: willard@wpjrlaw.com                                            Little Rock, Arkansas 72206-2166

# FAX TRANSMISSION

Sender Phone:     (501) 378-7720 Arkansas
                  (850) 321-2371 Florida
Sender Fax:       (501) 325-4959

TO:      Sheriff Doc Holladay/ Attn: Ms. Claybrook

FR:      Willard Proctor, Jr.

RE:      Kenneth Lawrence

DA:      11/21/2017

Fax number: (501) 340-6880

Number of Pages: 5     *Including Fax Tramission sheet*

Message:

**CONFIDENTIAL**

Note:  This facsimile transmission (and/or documents accompanying it)
may contain confidential information belonging to the sender, which is
protected by federal /state law and local federal/state court policy.
The information is intended only for the use of the individual or
entity contained above.  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE
HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR TAKING
OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS INFORMATION IS
STRICTLY PROHIBITED.  If you have received this transmission in error,
please notify us by telephone at the above listed number, to arrange
for the return of the documents.

(67 pages)
# 1700

EXHIBIT
3

11/21/2017  14:10    5013407071                    DETENTION ADMIN                   PAGE  02/05
Nov 21 17 10:59a    Willard Proctor, Jr., P.A                              5013254959            p.2

Law Offices Of
# Willard Proctor, Jr.

Willard Proctor, Jr.                                                              2500 State Street
Licensed in Arkansas and Florida                                        Little Rock, Arkansas 72206-2162
E Mail: willard@wpjrlaw.com

Arkansas: (501) 876-7720
Florida: (850) 321-2371
Fax Number: (501) 325-4959

November 21, 2017

Sheriff Doc Holladay
Pulaski County Sheriff
2900 South Woodrow Road
Little Rock, AR  72204
ATTN:  Donna Claybrook
*VIA FACSIMILE:  (501) 340-6880*

Medical Records Request RE:  Kenneth Lawrence

Date of Birth:  ███████

SSN:  ███████

Dear Ms. Claybrook:

Please find the following medical authorization signed by the
administratrix along with the order appointing administratrix on the
above-referenced client. Please send a copy of all medical records
to:  2500 State Street, Little Rock, AR  72206.  You may also fax
the records to (501) 325-4959.

Thank you in advance for your attention to this matter.  I remain,

Very truly yours,

*Willard Proctor, Jr.*
Willard Proctor, Jr.

Nov 21 17 10:53a          Willard Proctor, Jr., P.A.          5013254959          p.3

## AUTHORIZATION TO DISCLOSE HEALTH INFORMATION

Patient name:          Kenneth R. Lawrence

Date of Birth:

Social Security Number:

1. I authorize the use or disclosure of the above named individual's health information as described below:

2. The following individual or organization is authorized to make the disclosure:

Medical Provider/Facility Name, Address:

Pulaski County Detention

2900 South Woodrow Road

Little Rock, AR 72204

3. The type and amount of information to be used or disclosed is as follows: (include dates where appropriate)

- Problem list
- List of Allergies
- Most recent history and physical
- Laboratory results
- Consultation reports

- Medication list          • Other
- Immunization record
- Most recent discharge summary
- X-ray and imaging reports
- Entire Record

4. I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

5. This information may be disclosed to and used by the following individual or organization:

Willard Proctor, Jr., P.A.
2500 South State Street
Little Rock, AR 72206-2162

For the purpose of Pending Litigation:

6. I understand I have the right to revoke this authorization at any time. I understand if I revoke this authorization I must do so in writing and present my written revocation to the health information management department. I understand revocation will not apply to information that has already been released in response to this authorization. I understand the revocation will not apply to my insurance company when the law provides my insured with the right to contest a claim under my policy. Unless otherwise revoked, this authorization will expire on the following date, event or condition:

If I fail to specify an expiration date, event or condition, this authorization will expire in 1 year.

7. I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization; I need not sign this form in order to assure treatment. I understand I may inspector copy the information to be used or disclosed, as provided in CFR 164.524. I understand any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. If I have questions about disclosure of my health information, I can contact Willard Proctor, Jr, P.A.

Signature of Patient or Legal Representative          Date

Kenneth R. Lawrence                                    11/21/2017

Yvonne Lawrence Lee, Administrator

Nov 2 17 10.05a          Willard Proctor, Jr., P.A          DETENTION ADMIN          5013254959          p.4

ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2017-Sep-29 11:54:37
60PR-17-1436
C06D03 : 2 Pages

IN THE PROBATE COURT OF PULASKI COUNTY, ARKANSAS
PROBATE – THIRD DIVISION

IN THE MATTER OF THE ESTATE OF
KENNETH RENEE LAWRENCE, DECEASED                    NO.: 60PR-17-1436

## ORDER APPOINTING ADMINSTRATRIX

On this 28th day of September, 2017  is presented the
application and petition of  Yvonne D. Lawrence-Lee, whose address is
1622 Orange Street, North Little Rock, Pulaski County, Arkansas for
the appointment of an administrator of the estate of Kenneth Renee
Lawrence deceased, and upon consideration of such petition, and the
facts and evidence in support thereof, the Court finds:

That Kenneth Renee Lawrence is deceased and died intestate; that
this Court has jurisdiction and venue properly lies in this County;
that Yvonne D. Lawrence-Lee is a proper person and fully qualified by
law to serve as administrator of the estate and administer the estate
of the deceased.

It is, therefore, CONSIDERED and ORDERED, by the Court, that
administration of the estate be, and hereby is, opened and that
Yvonne D. Lawrence-Lee be, and hereby is, named the administrator of
the estate of the decedent; that Letters of administration shall be
issued to said person to serve without bond.

IT IS SO ORDERED.

Honorable Cathi Compton
Circuit Judge


Date


Prepared by:
/s/ Willard Proctor, Jr.
Willard Proctor, Jr.
Attorney for Petitioner
2500 South State Street
Little Rock, AR  72206-2162
(501) 378-7720
Arkansas Bar No.: 87136
winword/estprob.doc



Arkansas Judiciary

**Case Title:** KENNETH RENEE LAWRENCE

**Case Number:** 60PR-17-1436

**Type:** ORDER APPT ADMINISTRATOR/IX

So Ordered

Judge Compton

Electronically signed by JBMEACHAM on 2017-09-25 11:54:41   page 2 of 2

TURN KEY HEALTH

MEDICAL COMMUNICATION FORM

Detainee Name: Lawrence, Kenneth          Date / Time: 6-8-17  10:36

Unit: _____          Book-In #: 9668-17

Type Altercation:

____ Code Red                          ____ Code Blue
____ Code IV (4)                       ____ Other

| Relocation Need: | | Housing Accommodations | |
|---|---|---|---|
| General Population | | Visually Impaired | |
| Contact Isolation (MRSA) | | Hearing Impaired | |
| ADA Cell | ✗ | Bottom Tier / Bottom Bunk | |
| Special Needs (W3) | | Cane | |
| Medical Ad Seg | | Wheelchair | |
| Put on Suicide Watch | | Crutches | |
| Remove from Suicide Watch | | Prosthesis (Specify) | |
| | | Other (Specify) | |
| Assessed by medical to remain in unit | | Assessed by medical for outside care | |
| Decontaminated | | Restraint Check | |

Charge Nurse: S. Ponaufa

**LAWRENCE, KENNETH RENEE** #185217          DOB: ████████  Location: D-109

## SUBJECTIVE:

**SUBJECTIVE:**

I/m came to Deputy station stated "Theres a guy having a seizure."

## OBJECTIVE:

**WT:**

NO ANSWER PROVIDED

**PULSE OX:**

94

**TEMP.**

99.4

**BP.**

134/58

**HR:**

76

**COMMENTS:**

NO ANSWER PROVIDED

## ASSESSMENT:

**ASSESSMENT:**

Deputy went to assess situation while this nurse stayed with pill cart until unit was secure for cart to be left unattended and stored away. 0853 Code red was called and This nurse went to assess pt. PT was laying on floor on L side in postictal state respirations deep and labored. PT was diaphoretic and responded to painful stimuli. Had 1cm open area to left brow with 3cm raised area surrounding that same area. No other injury noted. Additional staff arrived. Vitals were obtained. Pt was still in postictal state and responded to painful stimuli. Pt became combative and officers addressed the issue. Physical contact was made blood noted. Pt was placed in chair and decontaminated by medical staff then transported out of unit. 0932 Code red in L-unit. This nurse started ambu bagging process and started relieving compression duties. Performed CPR until relieved x2.

## PLAN:

**PLAN:**

NO ANSWER PROVIDED

## EDUCATION:

**EDUCATION:**

NO ANSWER PROVIDED

---

**TK INCIDENTAL SOAPE NOTE:**

Nursing Note

Patient Name: LAWRENCE, KENNETH RENEE
Patient Number: 185217
Location: D-109
DOB: ████████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By NGUYEN, JOHNATHAN on 6/9/2017

**LAWRENCE, KENNETH RENEE**  #185217          **DOB:** ▓▓▓▓ (36y)  **Location:** D-109

## Save Log

| User Name | Audit Date |
|---|---|
| NGUYEN, JOHNATHAN | 6/9/2017 5:15:35 PM |
| NGUYEN, JOHNATHAN | 6/9/2017 12:46:43 PM |

TK INCIDENTAL SOAPE NOTE:

Nursing Note

Patient Name: LAWRENCE, KENNETH RENEE
Patient Number: 185217
Location: D-109
DOB: ▓▓▓▓
Facility: PULASKI CTY REG DET CTR
Electronically Signed By NGUYEN, JOHNATHAN on 6/9/2017

**LAWRENCE, KENNETH RENEE**  #185217                                    DOB: ███████   Location: D-109

**Known Allergies:**
NO KNOWN DRUG ALLERGY

**MEDICAL HISTORY:**
☑Seizure Disorder

**Current Medications:**
keppra

**Current Condition Onset:**
☑New Condition

## Nature of Current Condition:
Complete any areas that the patient experiences as symptomatic:

**Asthma/Breathing Complications**
☑Yes

**Chest Pains**
NO ANSWER PROVIDED

**Headaches/Body Pain**
NO ANSWER PROVIDED

**Seizure**
NO ANSWER PROVIDED

**Diabetic Episode**
☑No

**OB/GYN Symptoms**
☑No

**Suicide Attempt/Threat of Self Harm/Psychiatric Episode**
☑No

**Bleeding/Bodily Injury**
☑No

**Intoxication/Withdrawal Symptoms (Tremors, Disoriented, Hallucinations, Unsteady Gait, Lethargic)**
☑No

**Other**
☑Yes

**If Other, Please Specify:**

---

**TK EMERGENCY/ON-CALL DATA COLLECTION SHEET**
TK EMERGENCY/ON-CALL DATA COLLECTION SHEET

**Patient Name:** LAWRENCE, KENNETH RENEE
**Patient Number:** 185217
**Location:** D-109
**DOB:** ███████
**Facility:** PULASKI CTY REG DET CTR
**Electronically Signed By** COOK, STEVEN on 6/9/2017

LAWRENCE, KENNETH RENEE  #185217                               DOB: ███████  Location: D-109

cardiac arrest

**Condition improved by:**
CPR

**Condition made worse by:**
none

**Inmate complaint/what additional information has the inmate provided?**
none

**Caller's observation:**
Taking I/m from D unit to L unit via chair, checked breathing and pulse both present in C/D hallway. Upon arriving to L unit I/m appeared to not be breathing, no respirations noted, no heart sounds heard or pulse present. asked security to call code red and placed him on floor. CPR started by this nurse and as additional nursing staff arrived CPR rotation started. EMS was called at 0932 when code was called, I/V started by RN, MD present during CPR. MEMS arrived and took over CPR and transported.

## Vital Signs

**BP:**
0

**P (bpm):**
0

**R (rpm):**
0

**T:**
0

**O2:**
0

**Wt:**
0

**Finger Stick Result (for known diabetics):**
NO ANSWER PROVIDED

**Repeat Vitals?**
☑No

## PLAN

COLLECT THE ABOVE DATA THEN CONTACT THE ON-CALL PROVIDER

---

**TK EMERGENCY/ON-CALL DATA COLLECTION SHEET**
TK EMERGENCY/ON-CALL DATA COLLECTION SHEET

**Patient Name:** LAWRENCE, KENNETH RENEE
**Patient Number:** 185217
**Location:** D-109
**DOB:** ███████
**Facility:** PULASKI CTY REG DET CTR
**Electronically Signed By** COOK, STEVEN on 6/9/2017

**LAWRENCE, KENNETH RENEE**  #185217                                    DOB: ███████   Location: D-109

**Name of Notified Provider:**

Chase

**Time:**

0935

**Were orders received for treatment?**

NO ANSWER PROVIDED

**Additional Orders:**

NO ANSWER PROVIDED

**Provider Notification:**

☑Provider notification is required after collecting the data above.

---

**TK EMERGENCY/ON-CALL DATA COLLECTION SHEET**
TK EMERGENCY/ON-CALL DATA COLLECTION SHEET

**Patient Name:** LAWRENCE, KENNETH RENEE
**Patient Number:** 185217
**Location:** D-109
**DOB:** ███████
**Facility:** PULASKI CTY REG DET CTR
**Electronically Signed By** COOK, STEVEN on 6/9/2017

**LAWRENCE, KENNETH RENEE**  #185217                          DOB:█████████   Location: D-109

## Save Log

| User Name | Audit Date |
|---|---|
| COOK, STEVEN | 6/9/2017 4:03:38 PM |

## Signoff Comments List

| Approved By | Approved On | Signoff Note | Is Declined |
|---|---|---|---|
| COOK, STEVEN | 6/9/2017 5:03:39 PM | Form Processed Approval | False |

**TK EMERGENCY/ON-CALL DATA COLLECTION SHEET**
TK EMERGENCY/ON-CALL DATA COLLECTION SHEET

Patient Name: LAWRENCE, KENNETH RENEE
Patient Number: 185217
Location: D-109
DOB:██████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By COOK, STEVEN on 6/9/2017

**LAWRENCE, KENNETH RENEE**  #185217                                    DOB: ███████  Location: D-109

## SUBJECTIVE:

**SUBJECTIVE:**
NO ANSWER PROVIDED

## OBJECTIVE:

**WT:**
NO ANSWER PROVIDED

**PULSE OX:**
NO ANSWER PROVIDED

**TEMP:**
NO ANSWER PROVIDED

**BP:**
NO ANSWER PROVIDED

**HR:**
NO ANSWER PROVIDED

**COMMENTS:**
NO ANSWER PROVIDED

## ASSESSMENT:

**ASSESSMENT:**
THIS NURSE RESPONDED TO CODE BLUE  ASSISTED IN STARTING AN IV IN RIGHT AC TIMES ONE STICK WITH 22G. ALSO ASSISTED EMT'S AND
OTHER MEDICAL STAFF IN PLACE INMATE ON BACK BOARD AND THEN ONTO STRETCHER

## PLAN:

**PLAN:**
NO ANSWER PROVIDED

## EDUCATION:

**EDUCATION:**
NO ANSWER PROVIDED

---

**TK INCIDENTAL SOAPE NOTE:**
Nursing Note

**Patient Name:** LAWRENCE, KENNETH RENEE
**Patient Number:** 185217
**Location:** D-109
**DOB:** ███████
**Facility:** PULASKI CTY REG DET CTR
**Electronically Signed By** TILLMAN-WILSON, QUELINDA **on** 6/9/2017

LAWRENCE, KENNETH RENEE  #185217                                    DOB:[REDACTED]   Location: D-109

## Save Log

| User Name | Audit Date |
|-----------|------------|
| TILLMAN-WILSON, QUELINDA | 6/9/2017 2:18:51 PM |

**TK INCIDENTAL SOAPE NOTE:**

Nursing Note

**Patient Name:** LAWRENCE, KENNETH RENEE
**Patient Number:** 185217
**Location:** D-109
**DOB:** [REDACTED]
**Facility:** PULASKI CTY REG DET CTR
**Electronically Signed By** TILLMAN-WILSON, QUELINDA **on** 6/9/2017

**LAWRENCE, KENNETH RENEE**  #185217                     DOB: ▮▮▮▮   **Location:** D-109

**Known Allergies:**
NO KNOWN DRUG ALLERGY

**MEDICAL HISTORY:**
☑ Seizure Disorder

**Current Medications:**
Keppra 500mg po BID.

**Current Condition Onset:**
☑ Prior Occurrence

**Frequency:**
NO ANSWER PROVIDED

**Last Occurrence:**
NO ANSWER PROVIDED

## Nature of Current Condition:
Complete any areas that the patient experiences as symptomatic:

**Asthma/Breathing Complications**
☑ No

**Chest Pains**
☑ No

**Headaches/Body Pain**
☑ No

**Seizure**
☑ Yes

**How many minutes did the seizure last?**
postictal when encountered

**Diabetic Episode**
☑ No

**OB/GYN Symptoms**
☑ No

**Suicide Attempt/Threat of Self Harm/Psychiatric Episode**
☑ No

**Bleeding/Bodily Injury**

---

**TK EMERGENCY/ON-CALL DATA COLLECTION SHEET**
TK EMERGENCY/ON-CALL DATA COLLECTION SHEET

**Patient Name:** LAWRENCE, KENNETH RENEE
**Patient Number:** 185217
**Location:** D-109
**DOB:** ▮▮▮▮
**Facility:** PULASKI CTY REG DET CTR
**Electronically Signed By** MANNIS, MALLORY **on** 6/9/2017

LAWRENCE, KENNETH RENEE  #185217                                    DOB: ▉▉▉▉▉   Location: D-109

☑Yes

**Intoxication/Withdrawal Symptoms (Tremors, Disoriented, Hallucinations, Unsteady Gait, Lethargic)**
☑Yes

**Other**
☑Yes

**If Other, Please Specify:**
Code red called at 0853 to D unit, once arrived medical was assessing inmate. While assessing inmate became aggressive, security then took over scene calling  code blue at 0902. Once inmate secure, placed in wheelchair so medical could decontaminate eyes and face. Thorazine shot given to right shoulder per medical. Placed in the restraint chair by security, taken out of unit via restraint chair for further assessment by medical. At 0932 Code Red called to L unit, once arrived to unit, nurse performing CPR. I, nurse Mannis, applied AED pads @ 0933 while nurse resumed CPR. Ambu bag applied to O2, rescue breathes initiated. No shock advised, zero pulse, CPR resumed via nursing staff, rotating for relief. Fire dept arrived on scene @ 0940 and took over CPR. IV started to Right AC via nurse, flushed with NS. Epi was pushed through IV via MD @ 0945. CPR continued via fire dept. MEMS arrived at 0947 on scene. MEMS took over scene and left building with inmate on stretcher.

**Condition improved by:**
NO ANSWER PROVIDED

**Condition made worse by:**
NO ANSWER PROVIDED

**Inmate complaint/what additional information has the inmate provided?**
NO ANSWER PROVIDED

**Caller's observation:**
NO ANSWER PROVIDED

## Vital Signs

**BP:**
134/58

**P (bpm):**
76

**R (rpm):**
24

**T:**
99.4

**O2:**
94

---

**TK EMERGENCY/ON-CALL DATA COLLECTION SHEET**
TK EMERGENCY/ON-CALL DATA COLLECTION SHEET

Patient Name: LAWRENCE, KENNETH RENEE
Patient Number: 185217
Location: D-109
DOB: ▉▉▉▉▉
Facility: PULASKI CTY REG DET CTR
Electronically Signed By MANNIS, MALLORY on 6/9/2017

**LAWRENCE, KENNETH RENEE**  #185217                    DOB:█████████)   **Location:** D-109

**Wt:**
  unable to obtain

**Finger Stick Result (for known diabetics):**
NO ANSWER PROVIDED

**Repeat Vitals?**
☑Yes

**How often?**
NO ANSWER PROVIDED

## PLAN

COLLECT THE ABOVE DATA THEN CONTACT THE ON-CALL PROVIDER

**Name of Notified Provider:**
  Chase

**Time:**
  0905

**Were orders received for treatment?**
☑Yes

**ORDERS:**
☑CALL AMBULANCE FOR EMERGENCY TRANSPORT

**Ambulance notification time:**
  0932

**Transport time:**
  0950

**Additional Orders:**
☑Yes

**Specify:**
  Thorazine 50mg IM now

**Provider Notification:**
☑Provider notification is required after collecting the data above.

---

**TK EMERGENCY/ON-CALL DATA COLLECTION SHEET**
TK EMERGENCY/ON-CALL DATA COLLECTION SHEET

**Patient Name:** LAWRENCE, KENNETH RENEE
**Patient Number:** 185217
**Location:** D-109
**DOB:** █████
**Facility:** PULASKI CTY REG DET CTR
**Electronically Signed By** MANNIS, MALLORY on 6/9/2017

LAWRENCE, KENNETH RENEE   #185217                          DOB: ███████ )   Location: D-109

## Save Log

| User Name | Audit Date |
|---|---|
| MANNIS, MALLORY | 6/9/2017 2:13:39 PM |
| MANNIS, MALLORY | 6/9/2017 12:15:42 PM |

## Signoff Comments List

| Approved By | Approved On | Signoff Note | Is Declined |
|---|---|---|---|
| MANNIS, MALLORY | 6/9/2017 3:13:40 PM | Form Processed Approval | False |

**TK EMERGENCY/ON-CALL DATA COLLECTION SHEET**
TK EMERGENCY/ON-CALL DATA COLLECTION SHEET

Patient Name: LAWRENCE, KENNETH RENEE
Patient Number: 185217
Location: D-109
DOB: ███████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By MANNIS, MALLORY on 6/9/2017

LAWRENCE, KENNETH RENEE  #185217                    DOB: ███████  Location: D-109

## PROVIDER SOAPE NOTE:

### SUBJECTIVE:

**Subjective Assessment:**

Called to see patient for cardiac arrest.  He was involved in a code blue and was hit in the head.  May have been post ictal.  Had thorazine 50mg IM in preparation of laceration repair due to combativeness and became pulseless and apneic.

### OBJECTIVE:

#### VITALS:

**WT:**
NO ANSWER PROVIDED

**PULSE OX:**
NO ANSWER PROVIDED

**T:**
NO ANSWER PROVIDED

**BP:**
0

**HR:**
0

#### GENERAL:

**DISTRESS LEVEL:**
☑ Severe

**ALERT:**
☑ No

**ORIENTED:**
NO ANSWER PROVIDED

**APPEARS:**
☑ Underweight

**BMI (If Obese or Underweight):**
NO ANSWER PROVIDED

**DRESS:**
☑ Disheveled

---

**TK PROVIDER SOAPE NOTE:**

Provider-Nurse SOAP Note

**Patient Name:** LAWRENCE, KENNETH RENEE
**Patient Number:** 185217
**Location:** D-109
**DOB:** ███████
**Facility:** PULASKI CTY REG DET CTR
**Electronically Signed By** CHASE, KAREN on 6/9/2017

**LAWRENCE, KENNETH RENEE** #185217                    **DOB:** ████████   **Location:** D-109

---

**DEMEANOR:**
NO ANSWER PROVIDED

**HYGEINE:**
☑ Normal

## SKIN:

**RASH:**
NO ANSWER PROVIDED

**LOCATION:**
NO ANSWER PROVIDED

**LESION:**
NO ANSWER PROVIDED

**SIZE and LOCATION:**
NO ANSWER PROVIDED

**WOUND:**
NO ANSWER PROVIDED

**SIZE, DEPTH, and LOCATION:**
NO ANSWER PROVIDED

**TURGOR:**
☑ Normal

## HEENT:

**EYES:**
☑ PERRLA

**EARS:**
NO ANSWER PROVIDED

**NASAL:**
NO ANSWER PROVIDED

**SINUSES:**
NO ANSWER PROVIDED

**PHARYNX:**
☑ Normal

**TONSILS:**

---

**TK PROVIDER SOAPE NOTE:**
Provider-Nurse SOAP Note

**Patient Name:** LAWRENCE, KENNETH RENEE
**Patient Number:** 185217
**Location:** D-109
**DOB:** ████████
**Facility:** PULASKI CTY REG DET CTR
**Electronically Signed By** CHASE, KAREN on 6/9/2017

NO ANSWER PROVIDED

**NECK:**
NO ANSWER PROVIDED

**DENTITION:**
NO ANSWER PROVIDED

**DECAY:**
NO ANSWER PROVIDED

**DENTAL ABCESS:**
NO ANSWER PROVIDED

**TOOTH FRACTURE:**
NO ANSWER PROVIDED

## HEART:

**HEART:**
NO ANSWER PROVIDED

## LUNGS:

**LUNGS:**
☑ Clear

**RESPIRATIONS:**
☑ Unlabored

## ABDOMEN:

**ABDOMEN:**
☑ Soft

**TENDER:**
NO ANSWER PROVIDED

**BOWEL SOUNDS:**
NO ANSWER PROVIDED

**MASS:**
NO ANSWER PROVIDED

**SIZE, LOCATION, TEXTURE:**
NO ANSWER PROVIDED

---

**TK PROVIDER SOAPE NOTE:**
Provider-Nurse SOAP Note

Patient Name: LAWRENCE, KENNETH RENEE
Patient Number: 185217
Location: D-109
DOB: ▮▮▮▮▮▮
Facility: PULASKI CTY REG DET CTR
Electronically Signed By CHASE, KAREN on 6/9/2017

## EXTREMITIES:

**NORMAL:**
☑ Yes

**EDEMA:**
NO ANSWER PROVIDED

**COLOR:**
NO ANSWER PROVIDED

**PEDAL PULSES: LEFT**
NO ANSWER PROVIDED

**PEDAL PULSES: RIGHT**
NO ANSWER PROVIDED

**GAIT:**
☑ Nonambulatory

## GU/RECTAL:

**MALE GENITALIA:**
NO ANSWER PROVIDED

**LESIONS:**
NO ANSWER PROVIDED

**FEMALE GENITALIA: NORMAL?**
NO ANSWER PROVIDED

**LESIONS:**
NO ANSWER PROVIDED

**DISCHARGE:**
NO ANSWER PROVIDED

**CERVICAL LESIONS:**
NO ANSWER PROVIDED

**RECTAL:**
NO ANSWER PROVIDED

**HEMOCCULT:**
NO ANSWER PROVIDED

**TK PROVIDER SOAPE NOTE:**

Provider-Nurse SOAP Note

Patient Name: LAWRENCE, KENNETH RENEE
Patient Number: 185217
Location: D-109
DOB: ▮▮▮▮▮
Facility: PULASKI CTY REG DET CTR
Electronically Signed By CHASE, KAREN on 6/9/2017

4 of 8

**LAWRENCE, KENNETH RENEE**  #185217                    **DOB:** ███████  **Location:** D-109

## NEURO:

**GROSS DEFICITS:**
NO ANSWER PROVIDED

**MOTOR STRENGTH:**
☑ Symmetrical

**SENSATION:**
NO ANSWER PROVIDED

**TOE WALK:**
NO ANSWER PROVIDED

**HEEL WALK:**
NO ANSWER PROVIDED

**RHOMBERG:**
NO ANSWER PROVIDED

**BABINSKI:**
NO ANSWER PROVIDED

**TINEL's**
NO ANSWER PROVIDED

**PHALEN's:**
NO ANSWER PROVIDED

**DTR's:**
NO ANSWER PROVIDED

**Do you have Additional Comments?**
☑ Yes, Additional Comments. Review Provider SOAPE Note form.

**Additional Comments:**
Pulseless and apneic.  No seizure activity noted.  Has laceration on left eye brow.  He has blood on his shirt.

## ASSESSMENT:

**Assessment:**
Cardiopulmonary arrest-unknown etiology.  Consider Cerebral hemorrhage, seizure related, bradycardia or hypotension with no discernible pulse.

## PLAN:

**PLAN:**

---

**TK PROVIDER SOAPE NOTE:**
Provider-Nurse SOAP Note

**Patient Name:** LAWRENCE, KENNETH RENEE
**Patient Number:** 185217
**Location:** D-109
**DOB:** 4-██████
**Facility:** PULASKI CTY REG DET CTR
**Electronically Signed By** CHASE, KAREN **on** 6/9/2017

**LAWRENCE, KENNETH RENEE** #185217                    DOB: █████    Location: D-109

CPR in progress, ventilation with BVM with O2, AED used with no shock indicated, IV inserted, Epinephrine 3ml given. Patient was down for approx. 9 minutes with no consistent pulse. Did have intermittent brief periods of pulse palpable and visible in abdomen, but disappeared rapidly each time. He developed a strong pulse after Epinephrine given. Ambulance arrived and taken to UAMS. He was no alert during my evaluation period. Report was called to RN at UAMS.

**EKG:**
NO ANSWER PROVIDED

**Follow Up:**
NO ANSWER PROVIDED

**Ordering Medications?**
☑Yes, Medications. Review Provider Soape Note. Plan Area.

**Medications Ordered:**

Epinephrine 1:10,000  3ml IV

NS 500ml bolus IV

**Chart Check**
NO ANSWER PROVIDED

## VITALS/X-RAYS/LABS/ETC:

### VITALS:

**BP Check:**
NO ANSWER PROVIDED

**Pulse Check:**
NO ANSWER PROVIDED

**Respiration Checks:**
NO ANSWER PROVIDED

**FSBS Check:**
NO ANSWER PROVIDED

**Temp Check:**
NO ANSWER PROVIDED

**O2 SAT Check:**
NO ANSWER PROVIDED

**Weight Check:**
NO ANSWER PROVIDED

---

**TK PROVIDER SOAPE NOTE:**
Provider-Nurse SOAP Note

Patient Name: LAWRENCE, KENNETH RENEE
Patient Number: 185217
Location: D-109
DOB: █████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By CHASE, KAREN on 6/9/2017

**LAWRENCE, KENNETH RENEE**  #185217                              DOB: ███████    Location: D-109

**Dressing Change:**
NO ANSWER PROVIDED

## LABS/MICROBIOLOGY:

### FREQUENTLY ORDERED LABS/HEMOTOLOGY/TESTS:

**Frequently Ordered LABS: (ORDER NOW)**
NO ANSWER PROVIDED

**Frequently Order LABS: (ORDER PRIOR TO NEXT VISIT)**
NO ANSWER PROVIDED

### ORDER ADDITIONAL LABS/X-RAYS/ULTRASOUND: (SPECIFY WHEN (NOW/PRIOR TO NEXT VISIT)

**Do you wish to schedule Additional Labs?**
NO ANSWER PROVIDED

**Do you wish to order X-Rays?**
NO ANSWER PROVIDED

**Do you wish to order Ultrasounds?**
NO ANSWER PROVIDED

## EDUCATION:

**EDUCATION:**
NO ANSWER PROVIDED

---

**TK PROVIDER SOAPE NOTE:**
Provider-Nurse SOAP Note

Patient Name: LAWRENCE, KENNETH RENEE
Patient Number: 185217
Location: D-109
DOB: ███████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By CHASE, KAREN on 6/9/2017

LAWRENCE, KENNETH RENEE  #185217                                    DOB: ▓▓▓▓▓▓▓   Location: D-109

## Save Log

| User Name | Audit Date |
|---|---|
| CHASE, KAREN | 6/9/2017 12:50:02 PM |

**TK PROVIDER SOAPE NOTE:**

Provider-Nurse SOAP Note

Patient Name: LAWRENCE, KENNETH RENEE
Patient Number: 185217
Location: D-109
DOB: ▓▓▓▓▓
Facility: PULASKI CTY REG DET CTR
Electronically Signed By CHASE, KAREN on 6/9/2017

**LAWRENCE, KENNETH RENEE**  #185217                                    DOB: ▮▮▮▮▮   Location: D-109

**Known Allergies:**
　NO KNOWN DRUG ALLERGY

**MEDICAL HISTORY:**
　☑Seizure Disorder

**Current Medications:**
　Keppra 500mg po BID.

**Current Condition Onset:**
　☑Prior Occurrence

**Frequency:**
NO ANSWER PROVIDED

**Last Occurrence:**
NO ANSWER PROVIDED

## Nature of Current Condition:

Complete any areas that the patient experiences as symptomatic:

**Asthma/Breathing Complications**
☑No

**Chest Pains**
☑No

**Headaches/Body Pain**
☑No

**Seizure**
☑Yes

**How many minutes did the seizure last?**
　postictal when encountered

**Diabetic Episode**
☑No

**OB/GYN Symptoms**
☑No

**Suicide Attempt/Threat of Self Harm/Psychiatric Episode**
☑No

**Bleeding/Bodily Injury**

---

**TK EMERGENCY/ON-CALL DATA COLLECTION SHEET**
TK EMERGENCY/ON-CALL DATA COLLECTION SHEET

Patient Name: LAWRENCE, KENNETH RENEE
Patient Number: 185217
Location: D-109
DOB: ▮▮▮▮▮
Facility: PULASKI CTY REG DET CTR
Electronically Signed By MITCHELL, JACOB on 6/9/2017

LAWRENCE, KENNETH RENEE  #185217                                  DOB: ▮▮▮▮▮   Location: D-109

☑ Yes

**Intoxication/Withdrawal Symptoms (Tremors, Disoriented, Hallucinations, Unsteady Gait, Lethargic)**
☑ Yes

**Other**
☑ Yes

**If Other, Please Specify:**
Code Red called at 0853. Presented in supine position with top of head toward cell exit on initial encounter. Had 1cm open area to left brow with 3cm raised area surrounding that same area. No other injury noted. Responded to painful stimuli and became combative at 0902 requiring Jail staff to call a Code Blue, requiring forceful restraint. In the attempt to restrain there was 5 times that arms contacted patients face. Blood was present on patients nose at this point. He was restrained until he could be placed to the restraint chair. 50mg  Thorazine IM to right shoulder and transported via restraint chair to be assessed by Dr. Chase. At 0932 Nurse Cook LPN was unable to auscultate respirations patient was transferred to the floor and CPR was initiated. Ambu Bag initiated, AED applied. At 0945 Epinephrine was pushed. MEMS arrived and took over with care. Patient pulse 46, transported by MEMS.

**Condition improved by:**
NO ANSWER PROVIDED

**Condition made worse by:**
NO ANSWER PROVIDED

**Inmate complaint/what additional information has the inmate provided?**
NO ANSWER PROVIDED

**Caller's observation:**
NO ANSWER PROVIDED

## Vital Signs

**BP:**
134/58

**P (bpm):**
76

**R (rpm):**
24

**T:**
99.4

**O2:**
94

---

**TK EMERGENCY/ON-CALL DATA COLLECTION SHEET**
TK EMERGENCY/ON-CALL DATA COLLECTION SHEET

Patient Name: LAWRENCE, KENNETH RENEE
Patient Number: 185217
Location: D-109
DOB: ▮▮▮▮▮
Facility: PULASKI CTY REG DET CTR
Electronically Signed By MITCHELL, JACOB on 6/9/2017

**LAWRENCE, KENNETH RENEE**  #185217                    DOB: ███████   **Location:** D-109

**Wt:**
  not able to collect

**Finger Stick Result (for known diabetics):**
NO ANSWER PROVIDED

**Repeat Vitals?**
☑Yes

**How often?**
NO ANSWER PROVIDED

## PLAN

COLLECT THE ABOVE DATA THEN CONTACT THE ON-CALL PROVIDER

**Name of Notified Provider:**
  Karen Chase

**Time:**
  0905

**Were orders received for treatment?**
☑Yes

**ORDERS:**
☑CALL AMBULANCE FOR EMERGENCY TRANSPORT

**Ambulance notification time:**
  0932

**Transport time:**
  0950

**Additional Orders:**
☑Yes

**Specify:**
  Thorazine 50mg IM now. Bring to medical for assessment of Left eyebrow.

**Provider Notification:**
☑Provider notification is required after collecting the data above.

---

**TK EMERGENCY/ON-CALL DATA COLLECTION SHEET**
TK EMERGENCY/ON-CALL DATA COLLECTION SHEET

**Patient Name:** LAWRENCE, KENNETH RENEE
**Patient Number:** 185217
**Location:** D-109
**DOB:** ███████
**Facility:** PULASKI CTY REG DET CTR
**Electronically Signed By** MITCHELL, JACOB on 6/9/2017

**LAWRENCE, KENNETH RENEE**  #185217                                    DOB:███████   Location: D-109

## Save Log

| User Name | Audit Date |
|---|---|
| MITCHELL, JACOB | 6/9/2017 12:05:31 PM |

## Signoff Comments List

| Approved By | Approved On | Signoff Note | Is Declined |
|---|---|---|---|
| MITCHELL, JACOB | 6/9/2017 1:05:32 PM | Form Processed Approval | False |

**TK EMERGENCY/ON-CALL DATA COLLECTION SHEET**
TK EMERGENCY/ON-CALL DATA COLLECTION SHEET

Patient Name: LAWRENCE, KENNETH RENEE
Patient Number: 185217
Location: D-109
DOB:███████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By MITCHELL, JACOB on 6/9/2017

<u>LAWRENCE, KENNETH RENEE</u>  #185217                                    DOB: ████████ Location: D-109

I hereby authorize the use or disclosure of the Protected Health Information (PHI) described below to be provided to or obtained by the following (please provide complete address):

**Name of Facility or Person to receive PHI:**
NO ANSWER PROVIDED

**Address:**
NO ANSWER PROVIDED

**Phone No:**
NO ANSWER PROVIDED

**Fax No:**
NO ANSWER PROVIDED

**Name of Facility or person to Release PHI:**
NO ANSWER PROVIDED

**Address:**
NO ANSWER PROVIDED

**Phone No:**
NO ANSWER PROVIDED

**Fax No:**
NO ANSWER PROVIDED

**Type of information to be disclosed:**
NO ANSWER PROVIDED

**If Other, Describe:**
NO ANSWER PROVIDED

**The purpose of such disclosure:**
NO ANSWER PROVIDED

**The designated information about me ____ be transmitted by fax, electronic mail or other electronic file transfer mechanisms.**
NO ANSWER PROVIDED

**The above designated person ____ discuss by telephone the content of the information released.**
NO ANSWER PROVIDED

This consent is in effect until release from custody. I understand that I may revoke this authorization, in writing, at any time unless action based on it has already taken place.

I hereby release all parties stated herewith from any liability resulting from the release of this information. I agree that a photocopy of this release shall be as valid as the original.

I understand that the information authorized for release may include records related to mental health, or drug, substance or alcohol abuse. I also understand that my communications in therapy are protected under federal and state confidentiality regulations and cannot be disclosed without my written authorization. The information

---

**TK AUTHORIZATION FOR DISCLOURE AND RELEASE OF PROTECTED HEALTH INFORMATION**
PHI RELEASE- LEGAL

Patient Name: LAWRENCE, KENNETH RENEE
Patient Number: 185217
Location: D-109
DOB: ████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By POMAYBO, SHANE on 6/8/2017

**LAWRENCE, KENNETH RENEE**  #185217                        DOB: ▮▮▮▮▮   Location: D-109

provided by a client during therapy sessions is legally confidential in the case of licensed clinical social workers, except as provided in **section 12.43.218 CRS** and except for certain legal exceptions. In general, these exceptions pertain to matters of danger to self or others, and to assault or neglect of children

. I further understand that the potential exists for re-disclosure of my private mental health information, and that it may no longer be protected under the HIPAA privacy regulations.

I understand that information I have or may have a communicable or venereal disease is made confidential by law and cannot be disclosed without permission except in limited circumstances including disclosure to persons who have had risk exposures, disclosure pursuant to an order of the court or the U.S. Department of Health, disclosure among health care providers or disclosure for statistical or epidemiological purposes. When such information is disclosed, it cannot contain information from which you could be identified unless disclosure of that identifying information is authorized by you, by an order of the court or the U.S. Department of Health or by law.

This is to certify that I have given consent freely and voluntarily, and that the benefits and disadvantages of releasing the information, if known, have been explained to me.

**Signature of Patient:**
NO ANSWER PROVIDED

**Date:**
NO ANSWER PROVIDED

FEDERAL REGULATIONS PROHIBIT THE RECIPIENT OF THIS INFORMATION FROM MAKING ANY FURTHER DISCLOSURES OF THIS INFORMATION.

TK AUTHORIZATION FOR DISCLOURE AND RELEASE OF PROTECTED HEALTH INFORMATION
PHI RELEASE- LEGAL

Patient Name: LAWRENCE, KENNETH RENEE
Patient Number: 185217
Location: D-109
DOB: ▮▮▮▮
Facility: PULASKI CTY REG DET CTR
Electronically Signed By POMAYBO, SHANE on 6/8/2017

LAWRENCE, KENNETH RENEE  #185217                                   DOB: ███████  Location: D-109

## Save Log

| User Name | Audit Date |
|---|---|
| POMAYBO, SHANE | 6/8/2017 10:36:08 AM |

---

TK AUTHORIZATION FOR DISCLOURE AND RELEASE OF
PROTECTED HEALTH INFORMATION
PHI RELEASE- LEGAL

Patient Name: LAWRENCE, KENNETH RENEE
Patient Number: 185217
Location: D-109
DOB: ███████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By POMAYBO, SHANE on 6/8/2017

3 of 3

LAWRENCE, KENNETH RENEE  #185217                          DOB: ███████  Location: D-109

## INTAKE MENTAL HEALTH SCREENING:

## INITIAL:

1. Is the patient able to answer questions coherently.
☑Yes

2. Is the patient currently on medication for depression, psychosis, or for other mental health conditions?
☑No

## RISK ASSESSMENT QUESTIONS:

3. Are you currently thinking of killing or hurting yourself.
☑No

4. Do you feel there is nothing to look forward to in your future: (extreme hopelessness additional prompting may be required)
☑No

5. Are you a professional charged with a high profile crime.
☑No

6. Prior to your arrest, were you extremely depressed or have little interest or pleasure in things that used to bring you joy.
☑No

7. Are you currently hearing voices or noises that others can't hear.
☑No

8. Does patient present with any signs or conditions of recent suicide attempts or self harm:
☑No

Did patient answer yes to any question 3-8?
☑No

# *** If YES to ANY question from 3-8, PLACE ON SUICIDE WATCH and make URGENT REFERRAL to MENTAL HEALTH***

9. Have you recently started an antidepressant or had a recent increase in your antidepressant dosage in the past week:
☑No

10. Is this your first time in jail:
☑No

---

**TK PULASKI INTAKE MENTAL HEALTH**
Intake Mental Health Screening

**Patient Name:** LAWRENCE, KENNETH RENEE
**Patient Number:** 185217
**Location:** D-109
**DOB:** ████████
**Facility:** PULASKI CTY REG DET CTR
**Electronically Signed By** POMAYBO, SHANE on 6/8/2017

**10a. If yes to question 7, is the inmate over the age of 65 or younger than 18:**
☑No

**10b. If yes to question 7, is the inmate presenting as a transgender or transexual:**
☑No

**11. Have you ever attempted to harm yourself:**
☑No

**12. Have you seen a mental health professional for emotional or mental health problems within the last 5 years?:**
☑No

**13. Have you ever been hospitalized for a traumatic brain injury:**
☑No

**14. Have you been in the hospital for depression or mental health problems within the last 5 years?:**
☑No

**15. Have you been hospitalized or received out-patient treatment for alcohol or drug abuse within the last 5 years?:**
☑No

**16. Do you feel overly anxious or has your recent activity level increased significantly without justification:**
☑No

**17. Are you extremely worried you will lose your job, spouse, significant other or children due to your arrest:**
☑Yes

**Explain:**
job and family

**18. Do you have nightmares, flashbacks or repeated thoughts or feelings related to PTSD or something terrible from your past:**
☑No

**19. Do you currently believe that someone can control your mind or that other people can read your thoughts:**
☑Yes

**Explain:**
said its a possibility

**20. Are you worried that someone might hurt or kill you:**
☑No

**21. Have you been a victim of physical, emotional or sexual abuse in the past 5 days:**
☑No

**22. In school were you ever told you had difficulty learning or in any special classes:**
☑No

---

**TK PULASKI INTAKE MENTAL HEALTH**
Intake Mental Health Screening

**Patient Name:** LAWRENCE, KENNETH RENEE
**Patient Number:** 185217
**Location:** D-109
**DOB:** ███████
**Facility:** PULASKI CTY REG DET CTR
**Electronically Signed By** POMAYBO, SHANE on 6/8/2017

**23. Have you ever been arrested for a sexual offense:**
☑No

**24. Does patient appear to be sad, irritable, emotional flat, hallucinating or showing signs of other mental illness:**
☑No

**Did patient answer YES to any questions between 9 and 24, besides #10 & #17?**
☑Patient answered YES to any question between 9 and 24 (besides #10 & #17).

# *** If YES to any questions 9-24 (besides #10 & #17) ROUTINE REFERRAL TO MENTAL HEALTH for further evaluation***

**25. Does patient display any unusual behavior or act strange. For instance, does the patient seem unable to focus their attention or are they seeing or hearing things that are not there:**
☑No

**26. Does the patient appear under the influence:**
☑No

**27. Do you have frequent seizures: If yes, are you on medications:**
☑Yes

**List Medications:**
last dose of medication this morning

**Did patient answer yes to 5 or more questions 9-27?**
☑No

# ** If YES to 5 or more questions 9-27, PLACE ON SUICIDE WATCH and MAKE an URGENT REFERRAL TO MENTAL HEALTH***

## DISPOSITION/PLAN OF ACTION:

**Housing:**
☑Stable MH condition (ROUTINE MH REFERRAL) General Population

---

**TK PULASKI INTAKE MENTAL HEALTH**
Intake Mental Health Screening

Patient Name: LAWRENCE, KENNETH RENEE
Patient Number: 185217
Location: D-109
DOB: ▨▨▨▨
Facility: PULASKI CTY REG DET CTR
Electronically Signed By POMAYBO, SHANE on 6/8/2017

LAWRENCE, KENNETH RENEE  #185217                                    DOB:███████ Location: D-109

**Form must be reviewed by Mental Health:**
☑Yes, Must be reviewed by Mental Health

---

**TK PULASKI INTAKE MENTAL HEALTH**

Intake Mental Health Screening

**Patient Name:** LAWRENCE, KENNETH RENEE
**Patient Number:** 185217
**Location:** D-109
**DOB:** ███████
**Facility:** PULASKI CTY REG DET CTR
**Electronically Signed By** POMAYBO, SHANE **on** 6/8/2017

LAWRENCE, KENNETH RENEE   #185217 — DOB: ███████   Location: D-109

## Save Log

| User Name | Audit Date |
|---|---|
| POMAYBO, SHANE | 6/8/2017 10:35:47 AM |

## Signoff Comments List

| Approved By | Approved On | Signoff Note | Is Declined |
|---|---|---|---|
| DOWDY, MARITA | 6/8/2017 11:59:06 AM | MH REFERRAL GENERATED | False |

---

**TK PULASKI INTAKE MENTAL HEALTH**
Intake Mental Health Screening

**Patient Name:** LAWRENCE, KENNETH RENEE
**Patient Number:** 185217
**Location:** D-109
**DOB:** ███████
**Facility:** PULASKI CTY REG DET CTR
**Electronically Signed By** POMAYBO, SHANE **on** 6/8/2017

**LAWRENCE, KENNETH RENEE**  #185217                          DOB:███████      Location: D-109

## MEDICAL INTAKE BOOKING

### DEMOGRAPHICS:

**Health Insurance:**
☑Yes

**Policy Number if Applicable:**
blue cross blue shield

**Gender:**
☑Male

**Race:**
☑Black

### MEDICAL OBSERVATIONS:

**List all known allergies:**
NO KNOWN DRUG ALLERGY

**Sent for FIT:**
☑No

**Any injuries due to arrest or booking?**
☑No

**Does the inmate show signs or reporting complaints of significant injury, excessive bleeding, or psychosis, or other emergent condition requiring immediate treatment:**
☑No

**Have you had a significant head injury in the past 3 days? If yes, did you seek treatment:**
☑No

**When was your last healthcare visit? (Include Provider Name and location and complete a Release of Information, as applicable):**
2016

**Provider name, location, and any pending appointments:**
uams no pending appointments

**Have you ever been incarcarated at this facility? If yes, provide year:**
☑Yes

**Year:**
2017

---

**TK PULASKI INTAKE SCREENING MEDICAL BOOKING**
INTAKE SCREENING, MEDICAL, INTERVIEW

Patient Name: LAWRENCE, KENNETH RENEE
Patient Number: 185217
Location: D-109
DOB:███████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By POMAYBO, SHANE on 6/8/2017

**LAWRENCE, KENNETH RENEE**  #185217                                    DOB: ██████   **Location:** D-109

**Who is your emergency health contact and how to contact them?**
Ievan Lawrence 501-258-4380

**Is the patient currently taking any medications?**
☑Yes

**If yes to above question, list all current medications including dosages, frequency, last time taken, and name of pharmacy:**

unk seizure medication 2x daily last dose this morning

Walmart cabot

**Has the patient been checked for head lice?**
☑Yes

**Does the patient need treatment for head lice?**
☑No

**Does the patient use any of the following**
NO ANSWER PROVIDED

**If yes to the above question, does the inmate have the item on their person?**
☑No

**If yes to the above question, has the item been placed in property?**
☑No

## PATIENT VITALS:
**Blood Pressure:**
124/83

**Pulse:**
58

**Respirations:**
16

**Temperature:**
97.6

**Weight:**
170

**Height:**
6'0

---

**TK PULASKI INTAKE SCREENING MEDICAL BOOKING**
INTAKE SCREENING, MEDICAL, INTERVIEW

Patient Name: LAWRENCE, KENNETH RENEE
Patient Number: 185217
Location: D-109
DOB: ██████1
Facility: PULASKI CTY REG DET CTR
Electronically Signed By POMAYBO, SHANE on 6/8/2017

SPO2

98

## MEDICAL ILLNESSES:

### Chronic Conditions

**Heart  Attack/Cardiac Disease:**
☑ No

**High Blood Pressure:**
☑ No

**Cancer/Oncology:**
☑ No

**Lung Disease or Asthma:**
☑ No

**Stroke:**
☑ No

**Diabetes:**
☑ No

**Note current FSBS:**
NO ANSWER PROVIDED

**Do you consider your diabetes under good control?**
☑ N/A

**Seizures:**
☑ Yes

**Note date of last seizure:**

last known seizure said about 3-4 months ago

last dose of medication this morning

**HIV:**
☑ No

**Liver Disease or Hepatitis:**
☑ No

Patient to be seen by chronic clinic.

---

**TK PULASKI INTAKE SCREENING MEDICAL BOOKING**
INTAKE SCREENING, MEDICAL, INTERVIEW

**Patient Name:** LAWRENCE, KENNETH RENEE
**Patient Number:** 185217
**Location:** D-109
**DOB:** ███████
**Facility:** PULASKI CTY REG DET CTR
**Electronically Signed By** POMAYBO, SHANE **on** 6/8/2017

☑ Yes

**Current STD's:**
☑ No

**Are you receiving treatment:**
☑ No

**Do you have a history of TB treatment or a Positive Skin Test:**
☑ No

**Have you recently experienced any of the following:**
NO ANSWER PROVIDED

**Major Dental Conditions:**
☑ No

**Mental Health Condition: (Complete Mental Health Intake Screening on every person)**
☑ No

**Appearance:**
☑ Unremarkable

**If yes to any of the above, please explain:**
normal

**Behavior:**
☑ Appropriate

**Please note:**
normal

**State of Consciousness:**
☑ Alert

**Please Note:**
aox3

**Breathing:**
☑ Unremarkable

**Ease of Movement:**
☑ Unremarkable

**Please Note:**
no visible mobility issues

---

**TK PULASKI INTAKE SCREENING MEDICAL BOOKING**
INTAKE SCREENING, MEDICAL, INTERVIEW

Patient Name: LAWRENCE, KENNETH RENEE
Patient Number: 185217
Location: D-109
DOB: ███████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By POMAYBO, SHANE on 6/8/2017

LAWRENCE, KENNETH RENEE   #185217                               DOB:▮▮▮▮▮▮▮)   Location: D-109

**Skin Conditions:**
NO ANSWER PROVIDED

## FEMALE HEALTH:

**Are you pregnant now:**
NO ANSWER PROVIDED

**Are you currently on contraceptives?**
NO ANSWER PROVIDED

**If pregnant EDD?**
NO ANSWER PROVIDED

**Number of pregnancies:**
NO ANSWER PROVIDED

**Number of live births and type of delivery**
NO ANSWER PROVIDED

**Have you had any high risk pregnancies?**
NO ANSWER PROVIDED

**Last menstraul cycle:**
NO ANSWER PROVIDED

**Name and phone number of OB/GYN:**
NO ANSWER PROVIDED

**Date of last visit to OB/GYN:**
NO ANSWER PROVIDED

**Next scheduled appointment:**
NO ANSWER PROVIDED

## SUBSTANCE USAGE/ABUSE HISTORY:

**Are you using or have you ever used any of the following? if so, what is the date of last use and frequency of use (daily, often, occasionally)?  IF ANY ARE DAILY INITIATE APPROPRIATE DETOX WITHDRAWAL MONITORING FLOWSHEET**
☑ Denies Current or Prior Use

**Have you ever had or are you currently having any withdrawal symptoms when you stopped drugs or alcohol?**
☑ No

**Are you a current IV drug user. (if yes, refer to provider for evaluation)**
☑ No

---

**TK PULASKI INTAKE SCREENING MEDICAL BOOKING**
INTAKE SCREENING, MEDICAL, INTERVIEW

Patient Name: LAWRENCE, KENNETH RENEE
Patient Number: 185217
Location: D-109
DOB: ▮▮▮▮▮
Facility: PULASKI CTY REG DET CTR
Electronically Signed By POMAYBO, SHANE on 6/8/2017

**LAWRENCE, KENNETH RENEE**   #185217          DOB: ███████   Location: D-109

**Other comments or physical findings not covered on this questionnaire?**
NO ANSWER PROVIDED

**Explain:**
NO ANSWER PROVIDED

## PREA SCREENING:

### POTENTIAL AGRESSOR:

**1. Have you ever been involved in an incident where you sexually abused other inmates?**
☑ No

**2. Have you ever been involved in an incident where you sexually abused other people outside of prison?**
☑ No

**3. Have you ever been involved in a violent offense within an institutional setting or jail?**
☑ No

**4. Have you ever committed a violent offense within an institutional setting or jail?**
☑ No

ASSESSMENT: IF QUESTION 1 IS MARKED YES, OR IF ANY 3 OR MORE ARE YES, THEN NOTIFY JAIL ADMINISTRATION AND/OR MENTAL HEALTHOF INMATES POTENTIONAL AS AN AGGRESSOR.

### POTENTIAL VICTIM:

**1. Does inmate appear to have or report a mental, physical, or developmental disability?**
☑ No

**2. Have you ever been a victim of sexual abuse in prison or jail?**
☑ No

**3. Have you ever been a victim of sexual abuse as an adult or child?**
☑ No

**4. Is inmate less than 21 years old or over 65 years old?**
☑ No

**5. Is inmate of slight physical stature? (Males less than 5'6" and/or less than 140 lls OR Female; less than 5' and/or less than 100lbs.)**
☑ No

**6. Is this the first time you have been incarcerated**
☑ No

**7. Is the inmate's Criminal History exclusively non-violent?**
☑ Yes

---

**TK PULASKI INTAKE SCREENING MEDICAL BOOKING**
INTAKE SCREENING, MEDICAL, INTERVIEW

Patient Name: LAWRENCE, KENNETH RENEE
Patient Number: 185217
Location: D-109
DOB: ██████1
Facility: PULASKI CTY REG DET CTR
Electronically Signed By POMAYBO, SHANE on 6/8/2017

**8. Are you gay/lesbian, bisexual, transgender, intersex or gender non-conforming?**
☑No

**9. Does inmate have current or prior convictions for sex offenses against a child or adult?**
☑No

**10. Do you believe yourself to be vulnerable to being sexually abused in prison?**
☑No

ASSESSMENT: IF QUESTION 1 OR 2 IS MARKED YES, OR IF ANY 3 OR MORE ARE YES, THEN NOTIFY ADMINISTRATION AND/OR MENTAL HEALTH OF INMATE'S POTENTIAL AS A VICTIM OF SEXUAL AGGRESSION.

## NOTIFICATION:

**Mental Health Notified?**
☑No

**DATE:**
NO ANSWER PROVIDED

**TIME:**
NO ANSWER PROVIDED

**Jail Administration Notified?**
☑No

**DATE:**
NO ANSWER PROVIDED

**TIME:**
NO ANSWER PROVIDED

## HOUSING:

**Recommended housing based on medical/mental health evaluation:**
☑Lower level/Lower bunk (Note Reason)

**Explain:**
possible seizure

## CONTINUITY OF CARE PLAN:

**Continuity of Care:**
NO ANSWER PROVIDED

---

**TK PULASKI INTAKE SCREENING MEDICAL BOOKING**
INTAKE SCREENING, MEDICAL, INTERVIEW

Patient Name: LAWRENCE, KENNETH RENEE
Patient Number: 185217
Location: D-109
DOB: ██████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By POMAYBO, SHANE on 6/8/2017