**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**YVONNE LAWRENCE LEE**                                                                                          **PLAINTIFF**
*Individually and as Adminstratrix of the*
*Estate of Kenneth Lawrence, Deceased*

**v.**                                       **Case No. 4:19-cv-00178-LPR**

**CHARLES HOLLADAY,** *et al.*                                                                                    **DEFENDANTS**

**PROTECTIVE ORDER REGARDING**
**ARKANSAS STATE CRIME LABORATORY RECORDS**

Plaintiff has made a Request for the Release of the Complete File from the Arkansas State Crime Laboratory regarding Kenneth Lawrence. (Doc. 39). Defendants do not oppose this motion. The Court understands that the Arkansas State Crime Laboratory has agreed to release the complete file. The Court finds and determines as follows:

1. The complete file will contain graphic pictures of Kenneth Lawrence that were taken during his autopsy. There is therefore a legitimate and heightened privacy interest in protecting and preserving the confidentiality of these records.

2. The Arkansas State Crime Laboratory has agreed to provide Plaintiff's Attorney, Willard Proctor, Jr., with a complete copy of the file. Upon receipt of the file, Mr. Proctor shall provide a copy of the file to counsel for Defendants.

3. These records shall be held in confidence, shall be used only for purposes of this action, shall not be used for any business purpose, and shall not be disclosed to any person except for purposes of this action. These records shall be carefully maintained to preclude unauthorized access.

4.      This Order does not constitute a finding that the records are relevant or otherwise admissible at trial.

5.      To the extent that these records are attached as an exhibit to or referenced in any motion or other matter that would result in disclosure of any of the records, the filing party will request permission from the Court to file under seal pursuant to Federal Rule of Civil Procedure 5.2(d).  The filing party will not file unredacted confidential records unless and until the Court denies the request to file under seal.

6.      The parties shall destroy or delete all the records provided within thirty (30) days of the conclusion of this action.

IT IS SO ORDERED on this 14th day of April 2020.

_____
UNITED STATES DISTRICT JUDGE