**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**YVONNE LAWRENCE LEE, individually**
**and as ADMINISTRATRIX OF THE**
**ESTATE OF KENNETH LAWRENCE, DECEASED**            **PLAINTIFF**

**VS.**            **4:19-CV-00178 LPR**

**CHARLES "DOC" HOLLADAY, et al**            **DEFENDANTS**

## JOINT MOTION TO DISMISS WITH PREJUDICE

Come the Plaintiff and Separate Defendants Turn Key Health Clinics, LLC, Dr. Karen Chase, Jacob Mitchell, Steven Cook, and Johnathon Nguyen (collectively, "Separate Defendants"), and for their Joint Motion to Dismiss state as follows:

1. Plaintiff and Separate Defendants have entered into a settlement agreement which resolves the claims brought by Plaintiff against Separate Defendants.

2. Having reached this agreement, there are not issues remaining for resolution by this Court.

3. Therefore, Plaintiff and Separate Defendants move for dismissal, with prejudice, of the Plaintiff's Complaint against Separate Defendants.

WHEREFORE, Plaintiff and Separate Defendants respectfully request that the Court grant their Joint Motion to Dismiss Separate Defendants, Turn Key Health Clinics, LLC, Dr. Karen Chase, Jacob Mitchell, Steven Cook, and Johnathon Nguyen, and that the Court enter an Order dismissing all claims against Defendants with prejudice.

Respectfully submitted,

**Benjamin D. Jackson**
**Lauren S. Grinder**
Mitchell, Williams, Selig, Gates & Woodyard
425 West Capitol Avenue, Suite 1800

Little Rock, AR 72201
bjackson@mwlaw.com
lgrinder@mwlaw.com
*Attorneys for: Separate Defendants,*
*Turn Key Health Clinics, LLC, Dr. Karen Chase,*
*Johnathon Nguyen, Jacob Mitchell, & Steven Cook*

**Willard Proctor, Jr.**
Attorney at Law
2500 South State Street
Little Rock, AR 72206-2162
willard@wpjrlaw.com
-and-
**John W. Walker**
John W. Walker, P.A.
1723 Broadway
Little Rock, AR 72206-1220
johnwalkeratty@aol.com
-and-
**Lawrence Anthony Walker**
John W. Walker, P.A.
1723 Broadway
Little Rock, AR 72206-1220
tonywalkeratty@gmail.com
*Attorneys for: Plaintiff*