# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**YVONNE LAWRENCE LEE**  **PLAINTIFF**
*Individually and as Adminstratrix of the*
*Estate of Kenneth Lawrence, Deceased*

v.  Case No. 4:19-cv-00178-LPR

**CHARLES HOLLADAY,** *et al.*  **DEFENDANTS**

## JUDGMENT

In accordance with the Orders (Docs. 53 and 54) entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

IT IS SO ADJUDGED on this 24th day of August 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE